```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

         - against -                          ORDER

                                              S2 16 Cr. 505-05 (NRB)
COREY ROPER,

              Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Court filed its Memorandum and Order denying Corey Roper's application for compassionate release on April 5, 2021. ECF No. 219. Thereafter, on April 20, 2021, we received an additional submission from Mr. Roper styled as a reply to the government's opposition. ECF No. 221. Under the circumstances, we will treat Mr. Roper's letter as a motion for reconsideration.

Having reviewed Mr. Roper's letter, we discern no basis to alter our original decision denying his application. Further, insofar as Mr. Roper disputes the content of the letter from Victim 1 submitted by the government, we assure Mr. Roper that our decision was based on considerations independent from Victim 1's letter.

**SO ORDERED.**

Dated:   New York, New York
         April 21, 2021

                                      _____
                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

<u>Defendant (pro se)</u>
Corey Roper

A copy of the foregoing Memorandum and Order has been mailed to:

Corey Roper, #77980-054
Federal Correctional Complex, Terre Haute
P.O. Box 0033
Terre Haute, Indiana 47808-0033