```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        - against -                              MEMORANDUM

                                             16 Cr. 505-05 (NRB)
COREY ROPER,

                Defendant.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Court is in receipt of Mr. Roper's motion for home confinement pursuant to section 603(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018) and 18 U.S.C. 3582(c)(1)(a), dated September 14, 2021, ECF No. 229, and his motion to reconsider our prior decision regarding his application for compassionate release/home confinement pursuant to 18 U.S.C. 3582(c)(1)(a), dated September 26, 2021, ECF No. 230.

On April 5, 2021, we denied Mr. Roper's prior motion for compassionate release. ECF No. 219. On April 26, 2021, Mr. Roper filed a notice appealing our decision. ECF No. 223. As a result, this Court lacks jurisdiction to address Mr. Roper's second motion for compassionate release or his motion to reconsider his initial motion during the pendency of the appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (filing a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case

involved in the appeal."). While there has been no request for an indicative ruling under Federal Rule of Criminal Procedure 37, for the avoidance of doubt, we find that if we had jurisdiction, we would deny the motions for the same reasons stated in our April 5, 2021 Memorandum and Order.

Dated:   New York, New York
         November 16, 2021

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

<u>Defendant (pro se)</u>

Corey Roper

A copy of the foregoing Memorandum has been mailed to:

Corey Roper, Fed. Reg. No. 77980054
Federal Correctional Complex, Terre Haute
P.O. Box 0033
Terre Haute, Indiana 38708-0033